CHAPPELL *v.* FORD *et al.*

FISH, C. J. There was no abuse of discretion, in refusing an interlocutory injunction on conflicting evidence.

*Judgment affirmed.　All the Justices concur.*

No. 2714.　MAY 12, 1922.

Petition for injunction.　Before Judge Pendleton.　Fulton superior court.　May 9, 1921.

*J. S. James,* for plaintiff.

*Holbrook, Corbett & White,* for defendants.